**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
GOLDEN LAW A.P.C.
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 878-3521

Attorneys for Defendants:
ABDULHAMID ABDO ABDULLAH
dba RICHY'S MINI MART; YAHIA A. KASSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| DARREN GILBERT, | NO. 1:22-cv-00609-SKO |
| Plaintiff, | **STIPULATION TO EXTEND RESPONISVE PLEADING DEADLINE AND ORDER THEREON** |
| vs. | |
| ABDULHAMID ABDO ABDULLAH dba RICHY'S MINI MART; YAHIA A. KASSEN, | **(Doc. 5)** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, DARREN GILBERT ("Plaintiff"), and Defendants, ABDULHAMID ABDO ABDULLAH dba RICHY'S MINI MART; YAHIA A. KASSEN ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rules 143(b) and 144(a), Defendants may have to and including August 2, 2022, to file a responsive pleading in this matter. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already scheduled by the Court.

| | | |
|---|---|---|
| DATED: July 1, 2022 | | GOLDEN LAW A.P.C. |
| | | By  /s/ Rachelle Taylor Golden |
| | | RACHELLE TAYLOR GOLDEN |
| | | Attorney for Defendants, |
| | | ABDULHAMID ABDO ABDULLAH |
| | | dba RICHY'S MINI MART; YAHIA A. KASSEN |
| DATED: July 1, 2022 | | MOORE LAW FIRM, P.C. |
| | | By  /s/  Tanya E. Moore |
| | | TANYA E. MOORE |
| | | Attorney for Plaintiff, |
| | | DARREN GILBERT |

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

By  /s/ Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN
Attorney for Defendants,
ABDULHAMID ABDO ABDULLAH
dba RICHY'S MINI MART; YAHIA A. KASSEN

## ORDER

In view of the parties' foregoing stipulation (Doc. 5),

IT IS ORDERED that Defendants, ABDULHAMID ABDO ABDULLAH dba RICHY'S MINI MART; YAHIA A. KASSEN, shall have up to and including August 2, 2022, to file their responsive pleading.

IT IS SO ORDERED.

Dated:   **July 5, 2022**                             /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE